<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ORTHO-MCNEIL PHARMACEUTICAL, INC. et al., : : : : Plaintiffs, : : v. : : LUPIN PHARMACEUTICAL, INC. et al., : : Defendants. : : | Civ. No. 06-4999 (GEB) **ORDER** |

**<u>BROWN, Chief District Judge</u>**

    This matter comes before the Court upon the following two motions:

    (1) the motion for summary judgment of Defendants Lupin Pharmaceutical, Inc. and Lupin Ltd. (collectively "Lupin") [Docket # 59];

    (2) the cross-motion for summary judgment of Plaintiffs Ortho-McNeil Pharmaceutical, Inc. ("OMP"), Ortho-McNeil, Inc. ("OMI"), and Daiichi Sankyo Co., Ltd. (Daiichi) (collectively "Plaintiffs"). [# 61]

    Each party opposes its adversary's motion for summary judgment. [# 61, 64] The Court has considered the parties' submissions and decided these motions without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons expressed in the accompanying memorandum opinion;

    IT IS THIS 30th day of April, 2009, hereby

    ORDERED that Lupin's motion for summary judgment is DENIED [# 59];

ORDERED that Plaintiffs' cross-motion for summary judgment is GRANTED [# 61];

ORDERED that the patent term extension granted to U.S. Patent No. 5,053,407 (the "'407 Patent") by the United States Patent and Trademark Office is VALID;

ORDERED that Lupin and their officers, agents, servants and employees, and those acting in concert with them, are hereby ENJOINED from making, using, offering to sell, selling, or importing the levofloxacin tablets described in ANDA No. 78-424 or bulk levofloxacin for use in manufacturing such tablets;

ORDERED that the effective date of the products described in 78-424 shall not precede the expiration of the '407 patent, including all term extensions.

ORDERED that the Clerk of the Court CLOSE this case.  [Civ. No. 06-4999 (GEB)]

                                                         /s/ Garrett E. Brown, Jr.
                                           GARRETT E. BROWN, JR., U.S.D.J.